# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Blanche Jones** : | |
| : | **BK. No. 14-14742 SR** |
| : | |
| **Debtor,** : | |
| : | **Chapter No. 13** |

## CERTIFICATION OF NO RESPONSE

       I, the undersigned, certify that, having served or caused to be served, a copy of the Modified Plan filed on November 15, 2016, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

       I respectfully request that the Court enter the attached Order.

Dated: December 13, 2016

/s/ Michelle Lee
Michelle Lee, Esq.
Law Offices of Georgette Miller, Esq.,P.C
119 S. Easton Rd
Glenside, PA 19038
Attorney for Debtors

{00251452;v1}