IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE Blanche M. Jones | : | CHAPTER 13 |
| | : | |
| **Debtor,** | : | CASE NO. 14-14742 |

### CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Supplemental Fee Application on June 23, 2017, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Supplemental Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: July 13, 2017

/s/ Georgette Miller
Georgette Miller

Law Offices of Georgette Miller Esq., P.C
335 Evesham Avenue
Lawnside, NJ 08045
856-323-1100
Bar I.D. 86358
Attorney for Debtor

{00278914;v1}