IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Blanche M. Jones | : CHAPTER 13 |
| | : |
| Debtor, | : CASE NO. 14-14742 |

## ORDER

AND Now, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $950.00.

BY THE COURT:

_/s/ Stephen Raslavich_
Bankruptcy Judge
**STEPHEN RASLAVICH**

**Date: July 17, 2017**

Frederick Reigle, Chapter 13 Trustee
2901 St Lawrence Ave
Reading, PA 19606

Office of US Trustee
Suite 500
833 Chestnut St.
Philadelphia, PA 19107

Blanche Jones
5500 Jane Street
Philadelphia, PA 19138

{00278914;v1}