```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                              Case No. 14-14742-jkf
Blanche M Jones                                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR               Page 1 of 3             Date Rcvd: Jan 25, 2018
                              Form ID: 138NEW            Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
db             +Blanche M Jones,    5500 Jane Street,    Philadelphia, PA 19138-1825
13327117       +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1131
13327120      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
13327118       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13327119        Bk Of Amer,    P.O. Box 7047,    Dover, DE 19903
13327121       +Blair,    P.O. Box 659707,    San Antonio, TX 78265-9707
13327122       +Brclysbankde,    P.O. Box 8803,    Wilmington, DE 19899-8803
13327123      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
13393120       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13327176      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Thd/Cbna,     Ccs Gray Ops Center 541 Sid Martin Rd,
                 Gray, TN 37615)
13327124       +Cap1/Nthrn,    Po Box 30253,    Salt Lake City, UT 84130-0253
13327125       +Cap1/Vlcty,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13327128       +Cb/Lnbrynt,    P.o. Box 659728,    San Antonio, TX 78265-9728
13327129       +Cb/Vicscrt,    Po Box 182789,    Columbus, OH 43218-2789
13327130       +Cb/Wmnwthn / Woman Within,    P.O. box 659728,    San Antonio, TX 78265-9728
13327131       +Ccb/Haband,    P. O Box 659707,    San Antonio, TX 78265-9707
13327132       +Ccs/First National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13327133       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13327135       +Citi-Citgo,    Po Box 6497,    Sioux Falls, SD 57117-6497
13327136       +Citi/Shell,    Po Box 6497,    Sioux Falls, SD 57117-6497
13327137       +Comenity Bank/Bdfrdfr,    995 W 122nd Ave,    Westminster, CO 80234-3417
13327138       +Comenity Bank/Brwnstne,    995 W 122nd Ave,    Westminster, CO 80234-3417
13327139       +Comenity Bank/Lewmagrm,    995 W 122nd Ave,    Westminster, CO 80234-3417
13327140       +Comenity Bank/Lnbryant,    Po Box 182789,    Columbus, OH 43218-2789
13327141       +Credit Control, LLC,    PO BOX 248,    Hazelwood, MO 63042-0248
13343414       +Department Stores National Bank/Macys,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13327143       +Dr. Leonards Shop Now Pay Plan,     P.O. Box 2852,    Monroe, WI 53566-8052
13327144       +Dsrm Nt Bk,    7201 Canyon Dr,    Amarillo, TX 79110-4339
13327145       +Easy comforts,    P.O. Box 2861,    Monroe, WI 53566-8061
13327146       +Exxmblciti / Exxon Mobil,    Processing Center,    Des Moines, IA 50361-0001
13327147       +Fhut/Metbk - Fingerhut,    P.O. Box 166,    Newark, NJ 07101-0166
13327149       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13327152       +Fst Fin Inv,    230 Peachtree St Suite 1700,    Atlanta, GA 30303-1537
13327159       +Hsbc Bank,    Po Box 9,    Buffalo, NY 14240-0009
13424189       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13327161        Lew Magram,    421 Landmark Dr,    Wilmington, NC 28412
13327162       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13327167       +Phildelphia Municipal Court,    1339 Chestnut St,    10th Floor,    Philadelphia, PA 19107-3519
13379100       +Precision Recovery Analytics, Inc.,/GE Money Bank/,     101 N. Cedar Crest Blvd.,
                 Allentown, PA 18104-4769
13327169       +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13327170       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13327171        Shell/Citi,    Po Box 15687,    Wilmington, DE 19850
13327172       +Spring Hill Nursery,    Order Processing Center,    P.O. Box 329,    Harrison, OH 45030-0329
13327173       +Sunoco/Cbn,    Po Box 6497,    Sioux Falls, SD 57117-6497
13348414       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13327174       +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13327175       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13839368       +Thomas Puleo,    KML Law Group P.C.,    c/o JPMorgan Chase Bank,    701 Market Street ste 5000,
                 Philadelphia Pa 19106-1541
13327178       +Tribute,    Pob 105555,    Atlanta, GA 30348-5555
13327179       +Universal Fidelity, LP,    P.O. Box 941911,    Houston, TX 77094-8911
13327148       +first national bank of omaha,     po box 3331,    Omaha, NE 68103-0331
13327150       +firstsource Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
13327177       +the law business, pc c/o Jorge Pereira,     101 N. Cedar Crest Boulevard,
                 Allentown, PA 18104-4769

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 26 2018 01:49:33      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2018 01:49:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 26 2018 01:49:26       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
```

```
District/off: 0313-2          User: DonnaR                  Page 2 of 3                   Date Rcvd: Jan 25, 2018
                              Form ID: 138NEW               Total Noticed: 83

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13327116      +E-mail/Text: AEPPcreditdept@amerimark.com Jan 26 2018 01:49:41      AmeriMark,    PO Box 2845,
               Monroe, WI 53566-8045
13327126      +E-mail/Text: bankruptcy@cavps.com Jan 26 2018 01:49:23      Cavalry Port,
               7 Skyline Dr 3rd Floor,    Hawthorn, NY 10532-2162
13327127      +E-mail/Text: bankruptcy@cavps.com Jan 26 2018 01:49:23      Cavalry Portfolio Serv,
               Po Box 27288,    Tempe, AZ 85285-7288
13328528      +E-mail/Text: bankruptcy@cavps.com Jan 26 2018 01:49:23      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13327134      +E-mail/Text: bnc-bluestem@quantum3group.com Jan 26 2018 01:49:40      Citfingerhut,
               6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
13327142      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 26 2018 01:49:58      Credit One Bank Na,
               Po Box 98875,    Las Vegas, NV 89193-8875
13327151      +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Jan 26 2018 01:48:51      Freedom Cu,
               626 Jacksonville Rd Ste,    Warminster, PA 18974-4872
13327153      +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 01:49:57      Gecrb/Gap,   Po Box 965005,
               Orlando, FL 32896-5005
13327154       E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 01:50:13      Gecrb/Jcp,   Po Box 984100,
               El Paso, TX 79998
13327155      +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 01:50:13      Gecrb/Lowes,   Po Box 965005,
               Orlando, FL 32896-5005
13327156      +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 01:50:05      Gecrb/Old Navy,   Po Box 965005,
               Orlando, FL 32896-5005
13327157      +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 01:49:57      Gecrb/Oldnavydc,   Po Box 965005,
               Orlando, FL 32896-5005
13327158      +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 01:50:05      Gecrb/Walmart,   Po Box 965024,
               Orlando, FL 32896-5024
13394252       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 26 2018 01:49:21      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
13418071       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 26 2018 01:49:58
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13359936       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 26 2018 01:50:07
               LVNV Funding, LLC its successors and assigns as,    assignee of NCOP Capital III, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13327163      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 26 2018 01:49:12      Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13327164      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 26 2018 01:49:12
               Midlandmcm / Midland Credit Management,    8875 Aero Drive,   Suite 200,
               San Diego, CA 92123-2255
13327165      +E-mail/Text: Bankruptcies@nragroup.com Jan 26 2018 01:49:46      National Recovery Agen,
               2491 Paxton St,    Harrisburg, PA 17111-1036
13400501       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2018 01:56:27
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13327166      +E-mail/Text: ebn@vativrecovery.com Jan 26 2018 01:48:55      Palisades Collection LLC,
               210 sylvan ave,    Englewood Cliffs, NJ 07632-2510
13327168      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2018 01:56:28
               Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13386086      +E-mail/Text: csidl@sbcglobal.net Jan 26 2018 01:49:25      Premier Bankcard/Charter,
               PO Box 2208,    Vacaville, CA 95696-8208
13384075       E-mail/Text: bnc-quantum@quantum3group.com Jan 26 2018 01:48:58
               Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
13729137       E-mail/Text: bnc-quantum@quantum3group.com Jan 26 2018 01:48:58
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13420589       E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 01:50:05      Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13327180      +E-mail/Text: bnc-bluestem@quantum3group.com Jan 26 2018 01:49:40      Webbank/Fingerhut,
               6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13393121*    +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13327115     ##+Allied Interstate,   P.O. Box 4000,   Warrenton, VA 20188-4000
13327160     ##+Law Office if Joe Pezzuto, LLC,   4013 E. Broadway,   Ste A2,   Phoenix, AZ 85040-8818
13328935     ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
                                                                                TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: DonnaR            Page 3 of 3              Date Rcvd: Jan 25, 2018
                              Form ID: 138NEW         Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:

```
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          GEORGETTE   MILLER    on behalf of Debtor Blanche M Jones info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;r50524@notify.bestcase.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Blanche M Jones
    Debtor(s)

Bankruptcy No: 14–14742–jkf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 1/25/18