**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Blanche M Jones                                                                                                   Case No: 14–14742–jkf

      Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

    ☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

    ☑ Debtor has not certified that all domestic support obligations due have been paid.

 

For The Court

Dated: 6/21/18

Timothy B. McGrath
Clerk of Court